IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SARAH B. KALNAJS,

    Plaintiff,

v.

THE LILLY EXTENDED DISABILITY
PLAN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-62-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant The Lilly Extended Disability Plan against plaintiff Sarah B. Kalnajs dismissing this case.

| s/V. Olmo, Deputy Clerk | 6/14/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |