UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**SARAH B. KALNAJS**

    Plaintiff,

v.   Case No. 3:16-CV-62

**THE LILLY EXTENDED
DISABILITY PLAN**

    Defendant.

### NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Plaintiff Sarah B. Kalnajs hereby gives notice of her appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on June 14, 2017 [Docket No. 32] and the opinion and order of the Court in this action dated June 14, 2017 [Docket No. 31].

Respectfully submitted this 14th day of July, 2017

    /s/ Daniel S. Lenz
Kent I. Carnell
Daniel S. Lenz
Lawton & Cates, S.C.
P.O. Box 2965
Madison, WI 53701-2965
(608) 282-6200
(608) 282-6252 (Facsimile)
kcarnell@lawtoncates.com
dlenz@lawtoncates.com

*Attorneys for Sarah B. Kalnajs*